**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**ANTONIO DELANCEY NORMAN,**

     **Petitioner,**

    **-vs-**

**UNITED STATES OF AMERICA,**

     **Respondent.**               **No. 14-cv-726-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on June 25, 2014 (Doc. 2), Petitioner's claims are **DISMISSED** with prejudice.

                        **JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

                      **BY:**  **s/*Caitlin Fischer***
                           **Deputy Clerk**

Dated: June 26, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.26
09:57:19 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT